## Commonwealth ex rel. Johnson, Appellant, *v.* Maroney.

Argued June 9, 1964. *Robert W. Lentz,* with him *Lentz, Cantor & Duffy,* for appellant; *John S. Halsted,* Assistant District Attorney, with him *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.